**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Monique C. Cummings            CHAPTER 13
                Debtor(s)

BKY. NO. 24-10167 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of MATRIX FINANCIAL SERVICES CORPORATION AS SERVICING AGENT FOR FEDERAL NATIONAL MORTGAGE ASSOC. and index same on the master mailing list.

                                       Respectfully submitted,

                                       /s/ *Michael Farrington*
                                       Michael Farrington
                                       30 Jan 2024, 13:37:50, EST

                     KML Law Group, P.C.
                     701 Market Street, Suite 5000
                     Philadelphia, PA 19106-1532
                     (215) 627-1322