United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                             Case No. 24-10167-pmm

Monique C Cummings                                          Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                           User: admin                          Page 1 of 2

Date Rcvd: Jul 23, 2024                    Form ID: 155                      Total Noticed: 12

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Monique C Cummings, 828 North Street, Collingdale, PA 19023-3527 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14864326 | | Email/PDF: bncnotices@becket-lee.com | Jul 24 2024 00:23:49 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14847396 | + | Email/PDF: bncnotices@becket-lee.com | Jul 24 2024 00:25:15 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14847397 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 24 2024 00:35:55 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14847398 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 24 2024 00:16:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 14850636 | ^ | MEBN | Jul 24 2024 00:09:21 | Matrix Financial Corporation, C/O KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14866674 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 24 2024 00:23:29 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14864697 | | Email/Text: bankruptcy@roundpointmortgage.com | Jul 24 2024 00:15:00 | RoundPoint Mortgage Servicing LLC, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 14847405 | ^ | MEBN | Jul 24 2024 00:09:16 | RoundPoint Mortgage Servicing Corporatio, Attn: Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409 |
| 14852334 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 24 2024 00:16:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14847406 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 24 2024 00:25:08 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 14861601 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 24 2024 00:24:41 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14847403 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |

Case 24-10167-pmm    Doc 21    Filed 07/25/24    Entered 07/26/24 00:38:07    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 23, 2024 | Form ID: 155 | Total Noticed: 12 |

| | | |
|---|---|---|
| 14847404 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 14847399 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 14847400 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 14847401 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 14847402 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Monique C Cummings brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MATRIX FINANCIAL SERVICES CORPORATION AS SERVICING AGENT FOR FEDERAL NATIONAL MORTGAGE ASSOC. bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Monique C Cummings<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−10167−pmm<br><br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: July 23, 2024

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court